THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH SALERNO, Appellant.— Judgment of the County Court of Nassau county, convicting defendant of the crime of burglary in the third degree, unanimously affirmed. Defendant had theretofore been convicted of crimes of a similar character. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

THOMAS F. RAY, Respondent, v. ARTHUR F. ECKARDT, Appellant.— Judgment in an action for personal injuries suffered by reason of defendant's automobile running over the plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

DOUGLAS O. ROBERTSON, Suing for Himself as Stockholder, and All Other Stockholders of MARINE TRANSIT CORPORATION, in Like Situation Who Shall Choose to Make Themselves Parties to This Action, Appellant, v. JOHN D. SCHOONMAKER and Others, Respondents, and NATIONAL MOTORSHIP CORPORATION, Defendant. (Action No. 2.) — Order granting plaintiff's motion, in a derivative action brought by him as a stockholder of defendant Marine Transit Corporation, to strike out, as insufficient in law, the first, fourth and fifth defenses in the respondents' amended answers, denying his motion to strike out the second and third defenses, and granting leave to serve further amended answers setting forth the fourth and fifth defenses as partial defenses and also setting forth an additional complete defense, modified by eliminating therefrom the provision authorizing the service of amended answers setting forth the fourth and fifth defenses as partial defenses and containing an additional complete defense. As so modified the order, in so far as appealed from, is affirmed, without costs. The matter set out in the fourth and fifth defenses and in the suggested new defense, in so far as relevant, may be proved under the denials contained in the amended answers. This disposition makes unnecessary the serving of any further or new pleadings by the defendants. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

EUGENE ROSE, an Infant, by HERMAN ROSE, His Guardian ad Litem, Respondent, v. MARCENT REALTY CORPORATION, Appellant.—Action to recover for personal injuries sustained through the negligence of defendant, the owner of an apartment house, in maintaining a defective automatic elevator. As plaintiff, three years old, was preceding his mother into the elevator, the cab moved and his foot became wedged between the floor of the cab and the side of the shaft. Appeal from judgment in plaintiff's favor. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.